UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 13 |
| | Case No. 25-22327(CGM) |
| George J. Phelan, | |
|                Debtor. | |

-----------------------------------------------------------x

### ORDER GRANTING MOTION OF SECURED CREDITOR, AMY MILO, SEEKING (i) TO REOPEN CHAPTER 13 CASE PURSUANT TO §350 OF THE BANKRUPTCY CODE, (ii) CONVERT CHAPTER 13 CASE TO ONE UNDER CHAPTER 7 PURSUANT TO §1307(c) OF THE BANKRUPTCY CODE, (iii) VOID THE SALE OF THE DEBTOR'S PROPERTY AND (iv) RELATED RELIEF

**UPON** the motion dated May 22, 2025 (the "Motion") of Secured Creditor, Amy Milo as Administratrix of the Estate of Elizabth Phelan (the "Secured Creditor") in the above-captioned matter, by her attorney, Daniel S. Alter, for an order reopening the Debtor's Chapter 7 case *nunc pro tunc* to May 1, 1025 pursuant to §350(b) of the Bankruptcy Code and Bankruptcy Rule 5010 for the specific purpose of converting the Debtor's case to one under Chapter 7 of the Bankruptcy and voiding the sale of property described therein, and for related relief, and there being due and sufficient notice of the Motion; and upon the record of hearing held by the Court on the Motion on August 20, 2025; and there being no objections to the requested relief; and no additional notice or hearing being required; and, after due deliberation; and good and sufficient cause appearing, it is hereby

      **ORDERED**, that the Motion is granted as provided herein; and it is further

      **ORDERED**, that Debtor's Chapter 13 case is reopened *nunc pro tunc* to May 8, 2025, "for cause" pursuant to 11 U.S.C. §350(b), and it is further

      **ORDERED**, that the sale of the Property, located at 314 West Crooked Hill Road, Pearl River, New York, to Mary Grega on or about April 28, 2025 (and as further defined in the

Motion), is herein deemed void for failure to comply with the requirements of 11 U.S.C. §363 and Rule 6004 of the Federal Rules of Bankruptcy Procedure; and it is further

**ORDERED,** that the Clerk of Rockland County, New York shall void any recording of the deed as it relates to the aforementioned sale of the Property to Mary Grega, upon receipt of a certified copy of this Bankruptcy Court Order; and it is further

**ORDERED**, that Debtor's Chapter 13 case is converted to one under Chapter 7 pursuant to 11 U.S.C. §1307(c); and it is further

**ORDERED**, that the Office of the United States Trustee appoint a Chapter 7 Trustee, who shall administer the instant case and any assets of the Debtor's estate.



**Dated: August 21, 2025**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
Hon. Cecelia G. Morris
U.S. Bankruptcy Judge